UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| ERVIN MINCEY, | ) |  |
|---|---|---|
| Movant, | ) ) ) | |
| v. | ) ) | Case No. CV614-034 CR605-031 |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

## REPORT AND RECOMMENDATION

Ervin Mincey has submitted for filing his *fourth* 28 U.S.C. § 2255 motion attacking his 2005 conviction for distribution of controlled substances.[1] As the Court has already explained to him on two other occasions, he must first ask the Court of Appeals to determine whether his case warrants review despite the 28 U.S.C. § 2244(b) bar against successive motions.[1] Since he has not done so, his motion should be **DENIED**, and he should be **ENJOINED** from filing any further successive § 2255 motions in this Court absent explicit approval by the

---

[1] *See Mincey v. United States*, No. CV609-003 (S.D. Ga. Oct. 12, 2010) (denied on the merits); *Mincey v. United States*, No. CV612-046 (S.D. Ga. Jan. 8, 2013) (denied as successive); *Mincey v. United States*, No. CV613-026 (S.D. Ga. May 22, 2013) (denied as successive).

Eleventh Circuit.

Applying the Certificate of Appealability ("COA") standards, which are set forth in *Brown v. United States*, 2009 WL 307872 at * 1-2 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-worthy issues at this stage of the litigation, so no COA should issue. 28 U.S.C. § 2253(c)(1); *see Alexander v. Johnson*, 211 F.3d 895, 898 (5th Cir. 2000) (approving *sua sponte* denial of COA before movant filed a notice of appeal). And, as there are no non-frivolous issues to raise on appeal, an appeal would not be taken in good faith. Thus, *in forma pauperis* status on appeal should likewise be **DENIED**. 28 U.S.C. § 1915(a)(3).

**SO REPORTED AND RECOMMENDED** this 30Th day of April, 2014.

**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**